# Court of Appeals
# of the State of Georgia

ATLANTA,____August 28, 2012____

*The Court of Appeals hereby passes the following order:*

**A12A2360.  ADEDOYIN FALOYE v. FEDERAL HOME LOAN MORTGAGE CORPORATION.**

The magistrate court entered a judgment against defendant Adedoyin Faloye in this dispossessory action.  Faloye appealed to superior court, which granted the plaintiff a writ of possession in a consent order entered on June 8, 2012.  On June 21, 2012, Faloye filed this direct appeal.  We lack jurisdiction for two reasons.

First, when a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Accordingly, Faloye's notice of direct appeal does not give rise to a valid appeal.

Second, this appeal is untimely.  See OCGA § 44-7-56 (providing that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Faloye's notice of appeal was filed 13 days after the superior court's order was entered.  For these reasons, we lack jurisdiction over this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/28/2012_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*